# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-1136

_____

Bituminous Casualty Corporation

*Plaintiff - Appellee*

v.

United HRB General Contractors, Inc. d/b/a Jeff City Industries, Inc.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri

_____

Submitted: September 20, 2012
Filed: December 11, 2012
[Unpublished]

_____

Before MELLOY and BENTON, Circuit Judges, and BAKER,[1] District Judge.

_____

PER CURIAM.

The Court has before it the unopposed motion of United HRB General Contractors, Inc. d/b/a Jeff City Industries, Inc., to dismiss voluntarily this appeal.

_____

[1]The Honorable Kristine Gerhard Baker, United States District Court for the Eastern District of Arkansas, sitting by designation.

The motion recites that the parties recently entered into a settlement agreement in the state court action which fully and finally resolves all claims between the parties, including all issues addressed in this appeal and in the state court action, and that each party is to bear its own attorney's fees and costs in this matter. The motion also recites that Bituminous Casualty Corporation has no objection to the motion.

The unopposed motion to dismiss the appeal is granted.

The appeal is dismissed.

_____